UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRANDON LELEAUX**                                     **CIVIL ACTION**

**VERSUS**                                              **NO: 06-7842**

**LAFAYETTE INSURANCE CO., ET AL.**                     **SECTION: "K"(3)**

### ORDER

Before the Court is Plaintiffs' Motion to Remand (Rec.Doc.No. 4) and the Motion for Summary Judgment (Rec.Doc.No. 5) of Defendants Albert Pappalardo and Pappalardo Agency, Inc. (collectively "Pappalardo"). Plaintiff has dismissed the action against Defendant Pappalado, therefore, complete diversity is present and jurisdiction exists under 28 U.S.C. § 1332 (diversity). Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Remand (Rec.Doc.No. 4) is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment of Defendants Albert Pappalardo and Pappalardo Agency, Inc. (Rec.Doc.No. 5) is **DENIED** as **MOOT**.

New Orleans, Louisiana, on this  26th  day of January, 2007.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**