UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRANDON LELEAUX**     **CIVIL ACTION**

**VERSUS**     **NO: 06-7842**

**LAFAYETTE INSURANCE CO., ET AL.**     **SECTION: "K"(3)**

## ORDER

Before the Court is Plaintiff's First Motion for Reconsideration,[1] First Motion to Remand (Rec.Doc.No. 25). Upon representation in the Petition that Defendant Lafayette Insurance Company was a foreign insurer, the Court found that complete diversity was present and subject matter jurisdiction exists under 28 U.S.C. § 1332 (diversity). However, Plaintiff now asserts that Defendant Lafayette Insurance Company is a Louisiana domiciliary, and Defendant has filed no opposition in this regard. Thus, the Court finds that the parties are not diverse and subject matter jurisdiction does not exist over this action. Accordingly,

---

[1] Although Plaintiff's Motion for Reconsideration is untimely, the Court can *sua sponte* evaluate the exercise of subject matter jurisdiction over a proceeding at any time. *See Russell v. Choicepoint Servs., Inc.,* 302 F.Supp.2d 654 (E.D.La. 2004); *Patterson v. Hamrick,* 885 F.Supp. 145 (E.D. La.1995); 5B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1350 (3d ed. 2007).

**IT IS ORDERED** that the action be **REMANDED** to state court.

New Orleans, Louisiana, on this  26th day of June, 2007.

                                          **STANWOOD R. DUVAL, JR.**
                            **UNITED STATES DISTRICT COURT JUDGE**